richardicharacpl

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
**DISTRICT COURT OF GUAM**

FEB 0 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00007 |
| Plaintiff, | COMPLAINT |
| vs. | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE |
| RICHARD JOHN ICHIHARA | [21 U.S.C. §§ 841(a)(1) & 846] |
| Defendant. | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about February 3, 2007 in the District of Guam, the defendants herein, RICHARD JOHN ICHIHARA, did knowingly and intentionally possessed with the intent to distribute over twenty (20) grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

1

**ORIGINAL**

COMPLAINANT FURTHER STATES:

My name is Pete S.N. Ofeciar and I am a Task Force Officer with the Drug Enforcement Administration (DEA). In that capacity, I attest to the following:

1) On February 3, 2008, I was present during the execution of a search warrant at the residence of Richard John ICHIHARA (hereinafter ICHIHARA) and his girlfriend Sun Ok Yi Courville. The residence was located at #B1, Winner Villa Condominiums, Tamuning, Guam. The residence is a three bedroom, two bathroom condominium.

2) While at ICHIHARA's residence, I advised ICHIHARA of his Miranda Rights via DEA-13A, ICHIHARA acknowledged his rights and agreed to answer questions as witnessed by TFO J.P.B. Aguon.

3) During the search of the master bedroom, I was advised by TFA Eugene McDonald and Guam Police Department, Violent Street Crimes Task Force Officer Benedict Reyes that found in the master bedroom vanity closet, behind the a chest, was a green purse containing approximately 22 grams of suspected methamphetamine. I later conducted a field test on the suspected methamphetamine and resulted in a presumptive positive. Also contained in two Louis Vuitton paper bags was an undetermined amount of U.S. Currency separated by denomination one bag containing $100 dollar bills and the second containing $20 and $50 dollar bills. Upon a pat-down of ICHIHARA, $4,000 was found in his personal pouch.

4) During the interview, I asked ICHIHARA if he would be willing to cooperate with law enforcement personnel, to which he agreed. ICHIHARA informed me that about two days ago he received 100 grams of methamphetamine from his source of supply. He further stated he distributed some of the methamphetamine and the U.S. currency that was found in his residence

2

was from the sale of the methamphetamine. He also admitted to having 4 grams of methamphetamine along with $4,000 U.S. currency in his personal pouch. ICHIHARA admitted to distributing multi grams quantities of methamphetamine to over 10 subdistributors.

5) I believe that there is probable cause to charge ICHIHARA with possession with intent to distribute methamphetamine.

FURTHER AFFIANT SAYETH NAUGHT.

PETE S.N. OFECIAR
Task Force Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on this 4th day of February, 2008.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3

<u>**Criminal Case Cover Sheet**</u>                                                                <u>**U.S. District Court**</u>

**Place of Offense:**

City _____Hagåtña_____       **Related Case Information:**

Country/Parish _____       Superseding Indictment _____ Docket Number **08-00007**
                                          Same Defendant _____       New Defendant __x____
                                          Search Warrant Case Number _____
                                          R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name          __RICHARD JOHN ICHIHARA__

Alias Name              _____

Address                 _____

                        __Tamuning, Guam__

Birthdate _Xx/xx/19_  SS# _xxx-xx-4945_  Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Karon V. Johnson_____

Interpreter: __X__ No ___Yes    List language and/or dialect: _____

**RECEIVED FEB 04 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__        _____ Petty  _____ Misdemeanor  __X__ Felony

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Possession with Intent to Distribute Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/4/08__    Signature of AUSA: _[signature]_