richardichiharawrit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-0007 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| RICHARD JOHN ICHIHARA, | ) | |
| Defendant. | ) | |

TO: OFFICER IN CHARGE
　　Territorial Detention Center
　　Territory of Guam

　　This Court finds that RICHARD JOHN ICHIHARA is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on February 5, 2008, at 11:15 a.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

///

///

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention |
| 2 | Center or his authorized agent or any Federal law enforcement agent shall produce RICHARD |
| 3 | JOHN ICHIHARA, before this Court on February 5, 2008, at 11:15 a.m. and whenever necessary |
| 4 | hereafter to attend court appearances in the above-entitled case and upon completion of said |
| 5 | prosecution and/or court appearances and/or upon further order of the court, return said prisoner |
| 6 | to his place of confinement. |



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 04, 2008