# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00007  DATE: February 05, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda  Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 2:40:36 - 2:46:09
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Richard John Ichihara  Attorney: David J. Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: D. Punzalan/T. Muna
Interpreter:  Language:

---

**PROCEEDINGS: Initial Appearance on a Complaint**
- Defendant waives reading of Complaint.
- David J. Lujan appeared as retained counsel.
- Preliminary Examination hearing set for February 14, 2008 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: