AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of ___GUAM___

RECEIVED
FEB — 2008
US MARSHALS SERVICE-GUAM

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| RICHARD JOHN ICHIHARA | Case Number: CR-08-00007 |

**FILED**
DISTRICT COURT OF GUAM
FEB 0 6 2008
**JEANNE G. QUINATA**
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RICHARD JOHN ICHIHARA___
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court

☐ Pretrial Release     ☐ Probation            ☐ Supervised Release   ☐ Violation Notice
  Violation Petition     Violation Petition      Violation

charging him or her with (brief description of offense)

Possession With Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) & 846

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| JOAQUIN V. E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 02/04/2008           Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

USMS HAGATNA, GUAM

| DATE RECEIVED 2/4/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/5/08 | TFO Pete Ofeciar | [signature] |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   RICHARD JOHN ICHIHARA

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____