ORIGINAL

richardichiharaind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM

FEB 1 3 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD JOHN ICHIHARA, <br><br> Defendant. | CRIMINAL CASE NO. 08-00007 <br><br> **INDICTMENT** <br><br> **POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** <br> [21 U.S.C. § 841(a)(1)] |

THE GRAND JURY CHARGES:

On or about February 3, 2008, in the District of Guam, the defendant herein, RICHARD JOHN ICHIHARA, did unlawfully and knowingly possess with intent to distribute

//
//
//
//
//
//
//
//

approximately 26.7 grams net weight of methamphetamine hydrochloride (ice) a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Dated this 13th day of February, 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

By: *(signature)*
JEFFREY J. STRAND
First Assistant U.S. Attorney