**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00007　　　　　　　　　　　DATE: February 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　Electronically Recorded: 10:48:21 - 10:51:47
CSO: B. Benavente

**APPEARANCES:**
Defendant: Richard John Ichihara　　　Attorney: Leilani Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　U.S. Marshal: D. Puzalan/V. Roman
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Leilani Lujan appeared on behalf of Lujan, Aguigui and Perez LLP as retained counsel.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: April 8, 2008 at 9:30 a.m.
- Defendant detained as previously ordered by this Court.

NOTES: