**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Richard John Ichihara*

FILED
DISTRICT COURT OF GUAM
MAR 0 6 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR08-00007 |
| vs. | |
| RICHARD JOHN ICHIHARA, | **DEFENDANT RICHARD JOHN ICHIHARA'S MOTION TO CONTINUE TRIAL DATE; CERTIFICATE OF SERVICE** |
| Defendants. | |

COMES NOW, Defendant RICHARD JOHN ICHIHARA, through his undersigned counsel of record, and moves to continue the trial date and relevant deadlines.

Dated this 5th day of March, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Richard John Ichihara*

I-0010-1/911-01/LVL:eol

Page 1 of 4
*USA v. Richard John Ichihara*
Criminal Case No. CR08-00007
Motion to Continue Trial Date; Certificate of Service

Case 1:08-cr-00007   Document 13   Filed 03/06/2008   Page 1 of 4

ORIGINAL

## FACTS

1. On February 13, 2008, the federal grand jury returned an Indictment herein.

2. On February 15, 2008, an initial appearance was held, during which Mr. Ichihara pled not guilty and the court set dates for trial and deadlines, including the motions cut-off date of March 7, 2008.

3. A request for discovery was made on February 11, 2008.

4. As of March 5, 2008, we have yet to receive discovery. Though we understand from the government that limited discovery is forthcoming, we will have inadequate time to prepare for motions and trial once it is received.

5. Given the lack of discovery, we have been unable to fully prepare the defense and any pretrial motions.

## ARGUMENT

The factors a court may consider in granting a continuance are set forth in 18 USC 3161(h)(8)(B). Specifically, 18 USC § 3161(h)(8)(B)(i) and (iv) state:

> **(B)** The factors, among others, which a judge shall consider in determining whether to grant a continuance under subparagraph (A) of this paragraph in any case are as follows:
>
> **(i)** Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or *result in a miscarriage of justice.*
>
> ...
>
> **(iv)** Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or *would deny counsel for the defendant* or the attorney for the Government *the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.*

(italics added).

| | |
|---|---|
| 1 | To this date, discovery has not been received. It is our understanding, however, that |
| 2 | limited discovery will be provided in the near future. However, the deadline for motions is two |
| 3 | days away on March 7, 2008. As a result, the Defense will have inadequate time to prepare for |
| 4 | motions and, ultimately trial, in light of the swiftly approaching deadlines, and proceeding with |
| 5 | the current trial and motions schedule given the lack of vital discovery would result in a |
| 6 | miscarriage of justice. |

## **CONCLUSION**

Mr. Ichihara respectfully requests that a continuance of trial and relevant deadlines be granted and that discovery be provided to the Defense.

Dated this 5th day of March, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Richard John Ichihara*

I-0010-1/911-01/LVL:eol

## CERTIFICATE OF SERVICE

I, Leilani V. Lujan, certify that I caused a copy of **DEFENDANT RICHARD JOHN ICHIHARA'S MOTION TO CONTINUE TRIAL DATE** to be served on the following individuals or entities on March 6th _____ via hand delivery at the following address:

Office of the United States Attorney
Karon V. Johnson, Esq.
Assistant US Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
*Attorneys for the United States of America*

Dated this 6th _____ day of March, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: _____
LEILANI V. LUJAN, ESQ.
*Attorneys for Defendant Richard John Ichihara*

I-0010-1/911-01/LVL:eol

Page 4 of 4
*USA v. Richard John Ichihara*
Criminal Case No. CR08-00007
Motion to Continue Trial Date; Certificate of Service

Case 1:08-cr-00007 Document 13    Filed 03/06/2008    Page 4 of 4