

ichihara.rsp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 0 7 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00007 |
| Plaintiff, ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |
| vs. ) | |
| RICHARD JOHN ICHIHARA, ) | |
| Defendant. ) | |

The United States agrees with defendant's motion to continue the trial date. Defendant was arraigned on this indictment February 15, 2008. The trial date is presently set for April 8, 2008. The 70 days required by the Speedy Trial Act, 18 U.S.C. § 3161, will run on April 25, 2008. As a result of the defendant's cooperation when he was arrested February 3, 2008, two search warrants have been executed, one on Guam and one in California. Three additional subjects who were part of defendant's drug distribution ring have been identified; two are cooperating. More arrests are expected because of the California search.

The discovery in this case, from the beginning of the investigation through February 3, 2008, is about 300 pages. The government will deliver it to defense counsel today, but it is by no means complete. Defendant has prior drug convictions and is facing mandatory life imprisonment. The results of the new investigations which resulted from his cooperation will be important in evaluating

whether he merits a substantial assistance departure pursuant to 18 U.S.C. § 3553(e), and to what degree. Such a determination cannot be made for at least two more weeks. Accordingly, the government suggests that this Honorable Court set the trial date for April 25, 2008, by which time the parties should have a good understanding of the scope of defendant's criminal conduct and the extent of his assistance.

RESPECTFULLY SUBMITTED this 7th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V JOHNSON
Assistant U.S. Attorney

2