| | |
|---|---|
| 1<br>2<br>3<br>4 | **LUJAN AGUIGUI & PEREZ LLP**<br>Attorneys at Law<br>DNA Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297 |
| 5 | *Attorneys for Defendant Richard John Ichihara* |

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>RICHARD JOHN ICHIHARA,<br><br>Defendants. | CRIMINAL CASE NO. CR08-00007<br><br>**ORDER GRANTING DEFENDANT RICHARD JOHN ICHIHARA'S MOTION TO CONTINUE TRIAL DATE** |

Whereas, the Defendant Richard John Ichihara's Motion to Continue Trial Date was filed on March 6, 2008 and

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

Finding that the ends of justice will be served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial, **IT IS HEREBY ORDERED** that the Motion to Continue Trial Date is hereby granted. The previously set trial shall be continued to April 29, 2008, at 9:30 a.m. Pre-trial motions shall be filed by March 25, 2008. Oppositions shall be filed by April 1, 2008 and Replies shall be filed by April 8, 2008. Pretrial conference and hearing on all motions is scheduled for April 22, 2008 at 9:30 a.m. The

///

///

1 | time between March 6, 2008 and April 29, 2008, is deemed excludable pursuant to 18 U.S.C. §
2 | 3161(h)(8)(A).

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Mar 10, 2008