Ichihara.851

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

MAR 1 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>RICHARD JOHN ICHIHARA,<br><br>    Defendant. | CRIMINAL CASE NO. 08-00007<br><br>**INFORMATION CHARGING PRIOR DRUG CONVICTION**<br>[21 U.S.C. § 851] |

**NOTICE OF INTENTION TO SEEK ENHANCED
PENALTY AGAINST DEFENDANT**

Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851, hereby informs the Court and defendant, RICHARD JOHN ICHIHARA, of its intention to seek an enhanced penalty in the event he is convicted of Possession of a Controlled Substance with Intent to Distribute, as charged in the pending Indictment.

Defendant, RICHARD JOHN ICHIHARA, has three prior convictions for felony drug trafficking offenses. Specifically, he was convicted in the Superior Court of Guam on January 27, 2000, in Case No. CF0037-98 of Two Counts of Importation of a Controlled Substance (As a 3rd Degree Felony); in Case No. CF0223-98 of One Count of Possession of a Schedule II Controlled Substance with Intent to Distribute (As a 1st Degree Felony); and, in Case No.

CF0051-99 of One Count of Possession of a Schedule II Controlled Substance (As a 3rd Degree Felony) (Attachment A). These offenses constitute a "prior felony drug offense" 21 U.S.C. § 841(b)(1)(A)(viii). Accordingly, the United States intends to pursue the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of the offense of Possession of more than 50 grams net weight of Methamphetamine Hydrochloride (ice), as charged in the pending indictment.

Respectfully submitted this 17th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

Law Offices
*Cunliffe & Cook*
Suite 200
210 Archbishop F.C. Flores Street
Hagatña, GU 96910
Telephone: (671) 472-1824
Telefax: (671) 472-2422



Attorneys for: *Defendant Richard J. Ichihara*



SUPERIOR COURT
FMD
MAR 13 '00
INITIAL

## IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| PEOPLE OF GUAM, | ) | CRIMINAL CASE NOS. CF0037-98, |
| | ) | CF0223-98 and CF0051-99 |
| vs. | ) | |
| | ) | **JUDGMENT** |
| RICHARD J. ICHIHARA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**WHEREAS**, on January 23, 1998, the Government filed an Indictment in Criminal Case No. CF0037-98 charging Defendant RICHARD J. ICHIHARA with Two Counts of Importation of a Controlled Substance (As a 3rd Degree Felony), One Count of Possession of One Ounce of Marijuana as a Violation, and said Defendant at arraignment pleaded not guilty and the case was thus set on the trial setting calendar; and,

**WHEREAS**, on April 1, 1998, the Government filed an Indictment in Criminal Case No. CF0223-98, charging Defendant RICHARD ICHIHARA with One Count of Possession of a Schedule II Controlled Substance with Intent to Distribute and One Count of Possession of a Schedule II Controlled Substance and said Defendant at arraignment pleaded not guilty and the case was thus set on the trial setting calendar; and,



**WHEREAS**, the Court addressed Defendant personally and found that the pleas were made voluntarily with an understanding of the nature of the charges and the consequences of his pleas. The Court further found to its satisfaction that there was a factual basis for each of the pleas; and,

**WHEREAS**, the Court accepted Defendant ICHIHARA's pleas of guilty and based on his pleas, the Defendant appeared before the Court for sentencing on September 3, 1999. The Judge having addressed the parties and the Defendant having submitted a statement for the court's information and the Court having fully appraised in the premises:

**NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

(1) That for the *Offense of One Count of Possession of a Scheduled II Controlled Substance (as a Third Degree Felony) in Criminal Case No. CF0037-98*, Defendant ICHIHARA is sentenced to three (3) years of imprisonment at the Department of Corrections. The imposition of all of said sentence is suspended and Defendant ICHIHARA is placed on mandatory probation of five (5) years which shall commence upon Defendant's completion of his sentence in Criminal Case No. CF0223-98 upon the following terms and conditions:

    a.    *That Defendant shall perform 150 hours of community service.*

    b.    *That Defendant shall enroll and attend a drug rehabilitation program at the Department of Mental Health and Substance Abuse or any other drug rehabilitation program approved by the Superior Court of Guam.*

(2) That for the *Offense of One Count of Possession of a Scheduled II Controlled Substance with the Intent to Deliver (as a 1st Degree Felony) in Criminal Case No. CF0223-98*, in violation of 9 GCA §67.50(a)(1) and (b)(2), Defendant ICHIHARA is sentenced as follows:

    a. *That Defendant shall serve a term of five (5) years imprisonment at the Department of Corrections;*

    b. *That upon completion of his term of imprisonment, Defendant shall be placed on five (5) years parole.*

    c. *That Defendant shall forfeit $15,900.00 confiscated in this case to the Drug Task Force for training;*

    d. *That Defendant shall perform 150 hours of community serve to run consecutive to the community service imposed in CF0037-98, for a total of 300 hours on both cases; and*

    e. *That Defendant shall enroll and attend a drug rehabilitation program at the Department of Mental Health & Substance Abuse or any other drug rehabilitation program approved by the Superior Court.*

(3) That for the *Offense of One Count of Possession of a Scheduled II Controlled Substance (as a Third Degree Felony)*, in violation of 9 GCA §67.401.2 and (b)(1), as amended in Criminal Case No. 51-99, Defendant ICHIHARA is sentenced as follows:

    a. *That Defendant shall serve a term of five (5) years imprisonment at the Department of Corrections, said sentence to run concurrent to the sentences imposed in Criminal Cases No. CF0223-98 and CF0037-98;*

    b. *That Defendant shall apply to and attend the drug treatment program at the Department of Corrections and enroll at the earliest available time;*

    c. *That Defendant shall forfeit any contraband and/or cash seized by the Government of Guam in this case;*

d. *That upon release from custody, Defendant shall be placed on probation for a period of five (5) years under the following terms and conditions:*

   i. Defendant shall report to the Probation Office, as recommended by that office in person, and at that time will take a drug test. Failure to show up for a test, failure to take a drug test, as requested, may be considered a violation of probation. Defendant will report to the Probation Office for his initial intake within two working days of his release from the Department of Corrections;

   ii. Defendant shall forfeit any contraband and cash seized to the Territory of Guam, all other non-contraband personal items will be returned to Defendant;

   iii. Defendant shall not associate with any felons known to him as felons;

   iv. Defendant shall stay away from all firearms and other deadly weapons, and under no circumstances is he to possess, carry, transfer or use any firearms;

   v. Defendant shall forfeit his Guam firearm identification card and shall not reapply for another one;

   vi. Defendant is to surrender his passport, if any, to the Probation office;

   vii. Defendant shall not leave Guam without the approval of the Probation Office;

   viii. Defendant shall not possess or consume any illegal controlled substances;

   ix. Defendant shall submit to random drug testing under the supervision of the Probation Office;

      x. Defendant shall permit the Probation Office and/or police officers to search his person, automobile and residence or room where he is residing, for firearms and illegal controlled substances at any time such a search is requested. Failure to allow such a search will be considered a violation of Probation, Defendant stipulates that a presumptive positive field test for drugs, including the Roche Cup or on Trac Test Systems, will be considered evidence of a probation violation;

      xi. Defendant shall make good faith efforts to obtain and maintain legal employment or continue in school;

      xii. Defendant shall obey all the laws of Guam; and,

      xiii. Defendant shall abide by any other reasonable conditions imposed by the court or the Probation Office.

(4) That for the *Offense of One Count of Resisting Arrest (as a Misdemeanor) in Criminal Case No. CF0051-99*, Defendant ICHIHARA is sentenced as follows:

    a. *That Defendant shall serve a term of one (1) year imprisonment at the Department of Corrections, said sentence to be served concurrently with the above sentences.*

(5) That all remaining charges contained in Criminal Case Nos. CF0037-98, CF0223-98 and CF0051-99, are hereby dismissed.

(6) That Defendant ICHIHARA is entitled to credit for time served on all of the above charges.

(7) That any and all bail or surety bond posted herein to secure Defendant ICHIHARA's appearance be, and the same, hereby are, exonerated and the Clerk of said Court is ordered to return and/or release the same.

SO ORDERED: JAN 27 2000

HON. ALBERTO C. LAMORENA, III
Presiding Judge, SUPERIOR COURT OF GUAM

*APPROVED AS TO FORM:*

**OFFICE OF THE ATTORNEY GENERAL**
Prosecution Division

By_____
THOMAS J. FISHER
Assistant Attorney General

*SUBMITTED BY:*

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant

By_____
F. RANDALL CUNLIFFE, ESQ.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

MAR 17 2008

_____
Richard J. Mendiola
Deputy Clerk, Superior Court of Guam

FRC:rsb
CR-02.2 I-0040