

richardichiharataxseal

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00007 |
| Plaintiff, | APPLICATION TO SEAL EX PARTE ORDER TO DISCLOSE CERTAIN TAXPAYER IDENTIFICATION INFORMATION FROM THE GUAM REVENUE AND TAXATION |
| vs. | |
| RICHARD JOHN ICHIHARA, | |
| Defendant. | |

The United States moves this Honorable Court for an order sealing the United States Application for Ex Parte Order to Disclose Certain Taxpayer Identification Information from the Guam Revenue and Taxation and Order in the above-entitled case for the reason that tax information contains such information that should not be made available for public scrutiny.

Respectfully submitted this 17th day of March 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: KARON V. JOHNSON
Assistant U.S. Attorney