☐ ORIGINAL

richardichiharamot

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR 20 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00007 |
| Plaintiff. | |
| vs. | MOTION TO WITHDRAW APPLICATION TO SEAL EX PARTE ORDER TO DISCLOSE CERTAIN TAXPAYER IDENTIFICATION INFORMATION FROM THE GUAM REVENUE AND TAXATION |
| RICHARD JOHN ICHIHARA, | |
| Defendant. | |

The United States respectfully moves to withdraw its Application to Seal Ex Parte Order to Disclose Certain Taxpayer Identification Information from the Guam Revenue and Taxation in the above-captioned matter. The United States makes this withdrawal for the reason that the government had filed the application under the criminal case and should have filed it under Misc Case No 08-00008.

Dated this 20th day of March 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney