richardichiharadismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

MAR 21 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00007 |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS INDICTMENT** |
| RICHARD JOHN ICHIHARA, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendant, RICHARD JOHN ICHIHARA, be dismissed, for the reason that the defendant has been indicted on March 19, 2008 under Criminal Case No. 08-00020.

Respectfully submitted this 21st day of March 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney