LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00007 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS INDICTMENT** |
| RICHARD JOHN ICHIHARA, | ) |
| Defendant. | ) |

The United States' Motion to Dismiss the Indictment as to defendant, RICHARD JOHN ICHIHARA, is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Mar 24, 2008**